UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-05715-WLH (SK)                    Date: October 10, 2025

Title       Arturo Bernal v. Pat Horn


Present: The Honorable: Steve Kim, United States Magistrate Judge


|                Connie Chung                |                  n/a                 |
| :----------------------------------------: | :----------------------------------: |
|               Deputy Clerk                 |        Court Reporter / Recorder     |

|      Attorneys Present for        |       Attorneys Present for         |
| :-------------------------------: | :---------------------------------: |
|   Plaintiff(s)/Petitioner(s):     |    Defendant(s)/Respondent(s):      |
|          None present             |            None present             |


**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE FOR FAILURE
TO PROSECUTE**

　　Petitioner's opposition to Respondent's motion to dismiss his 28 U.S.C. § 2254
petition was due on September 11, 2025.  (ECF 16).  Yet as of this order, Petitioner has
filed no timely opposition.  By not timely opposing the motion to dismiss, Petitioner
may be considered to have consented to the granting of the motion.  *See* L.R. 7-12.

　　Petitioner is therefore ordered to show cause in writing **by no later than
October 31, 2025** why this habeas action should not be dismissed for failure to
oppose Respondent's motion to dismiss.  Petitioner may discharge this order by
voluntarily dismissing his petition (using the attached form CV-09y) or by filing his
opposition to the motion to dismiss by October 31, 2025.  Otherwise, failure to respond
to and comply with this order may lead to involuntary dismissal of the entire action for
lack of prosecution and noncompliance with court orders.  *See* L.R. 41-1; Fed. R. Civ. P.
41(b).

　　IT IS SO ORDERED.