JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARTURO BERNAL,<br><br>                    Petitioner,<br><br>          v.<br><br>PAT HORN,<br><br>                    Respondent. | Case No. 2:25-cv-05715-WLH (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Action for Lack of Prosecution, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2254 is dismissed without prejudice.

DATED: February 4, 2026

_____
WESLEY L. HSU
United States District Judge